## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDDY STREET, LLC | : | |
|     Plaintiff, | : | |
| v. | : | C.A. No. 1:16-cv-00437-M-PAS |
| | : | |
| | : | |
| NAUTILUS INSURANCE COMPANY | : | |
|     Defendant. | : | |

## STIPULATION OF DISMISSAL

Plaintiff Eddy Street LLC and Defendant Nautilus Insurance Company stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action shall be dismissed with prejudice, no fees, no interest, no costs.  All rights of appeal are waived.

| | |
|---|---|
| EDDY STREET LLC | NAUTILUS INSURANCE COMPANY |
| By its Attorney, | By their Attorneys, |
| /s/ Charles D. Blackman | /s/ Clark Yudysky |
| Charles D. Blackman (#5522) | Clark W. Yudysky (#8065) |
| LEVY & BLACKMAN LLP | William Schnieder (*pro hac vice*) |
| 469 Angell Street, Suite 2 | MORRISON MAHONEY LLP |
| Providence, Rhode Island 02906 | 10 Weybosset Street, Suite 900 |
| (401) 437-6900 | Providence, RI  02903-7141 |
| (401) 632-4695 (fax) | |
| cblackman@levyblackman.com | |

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically on March 5, 2018 and that it is available for viewing and downloading from the ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing.  Parties and counsel of record may access this filing through the Court's CM/ECF System.

                                                *s/* Charles D. Blackman
                                                Charles D. Blackman